Opinion issued December 15, 2011.

 



 

 

 

 

              

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00025-CR

____________

 

DAVID CLEO RICHARD, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 232nd District Court 

Harris County, Texas

Trial Court Cause No. 473584

 

 



MEMORANDUM
OPINION








              Appellant,
David Cleo Richard, attempts to appeal his June 27, 1988 conviction for aggravated
robbery.  Under Texas Rule of Appellate
Procedure 26.2(a), a notice of appeal was due on or before July 27, 1988.  See
Tex. R. App. P. 26.2(a).[1]
 Appellant filed his notice of appeal on
December 29, 2009. 

              A
notice of appeal that complies with the requirements of Rule 26 is essential to
vest this court with jurisdiction.  See Slaton v. State, 981 S.W.2d 208, 210
(Tex. Crim. App. 1998).  The court of
criminal appeals has expressly held that, without a timely filed notice of
appeal or motion for extension of time, we cannot exercise jurisdiction over an
appeal.  See Olivo v. State, 918
S.W.2d 519, 522 (Tex. Crim. App. 1996); see
also Slaton, 981 S.W.2d at 210.

Because the notice of appeal in this case was untimely, we have no basis
for jurisdiction over this appeal.  Accordingly, we dismiss the appeal for want of
jurisdiction.  See Tex. R. App. P.
25.2(d), 42.3(a), 43.2(f).  We dismiss all pending
motions as moot.

PER CURIAM

Panel consists of Justices Jennings,
Sharp, and Brown. 

Do not publish.   Tex.
R. App. P. 47.2(b).











[1]
The same deadlines applied under former Rule 41(b)(1), which was applicable at
the time of appellant’s conviction.